```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 05109
   MAJOR E JEFFERSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-1436

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/04/2008 and was confirmed 04/28/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/06/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC  UNSECURED          428.24            .00            .00
CITY OF CHICAGO PARKING   UNSECURED         4600.00            .00            .00
US CELLULAR CHICAGO       UNSECURED        NOT FILED           .00            .00
WOW INTERNET & CABLE SER  UNSECURED        NOT FILED           .00            .00
TCF NATIONAL BANK         UNSECURED        NOT FILED           .00            .00
CARMEL HOLDINGS 1 LLC     UNSECURED        NOT FILED           .00            .00
CAPITAL ONE AUTO FINANCE  SECURED VEHIC        .00             .00            .00
CAPITAL ONE AUTO FINANCE  UNSECURED        NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,474.00                        345.00
TOM VAUGHN                TRUSTEE                                            30.00
DEBTOR REFUND             REFUND                                            125.00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 500.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                    345.00
TRUSTEE COMPENSATION                               30.00
DEBTOR REFUND                                     125.00
                      ---------------     ---------------
TOTALS                  500.00                    500.00




               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 05109 MAJOR E JEFFERSON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE